**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Trudell Doctor, MD and Associates, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 88-2496442 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 6080 Boynton Beach Blvd<br>Suite 230<br>Boynton Beach, FL 33437 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Palm Beach | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Trudell Doctor, MD and Associates, LLC                              Case number (if known) _____
       Name

**7.** **Describe debtor's business**    A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   6211

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | Relationship | |
|---|---|---|---|---|---|
| Debtor | _____ | | | | |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    Trudell Doctor, MD and Associates, LLC                          Case number (*if known*)
_____
Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this district?*** | *Check all that apply:* | |
| | ☒ | Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ | A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No | |
| | ☐ Yes. | Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | | What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | | Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes. Insurance agency _____ |
| | | Contact name _____ |
| | | Phone _____ |

---

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:* |
| | ☒ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| | | | |
|---|---|---|---|
| **15. Estimated Assets** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Trudell Doctor, MD and Associates, LLC
_____          Case number (*if known*) _____
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 29, 2025
_____
MM / DD / YYYY

**X** /s/  Trudell A. Doctor                              Trudell A. Doctor
_____          _____
Signature of authorized representative of debtor          Printed name

Title    Manager
_____

**18. Signature of attorney**

**X** /s/ Alan R Crane                              Date    May 29, 2025
_____                  _____
Signature of attorney for debtor                          MM / DD / YYYY

Alan R Crane
_____
Printed name

Furr & Cohen
_____
Firm name

2255 Glades Road, Suite 419A
Boca Raton, FL 33431
_____
Number, Street, City, State & ZIP Code

Contact phone    _____    Email address    acrane@furrcohen.com
_____

963836 FL
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name __Trudell Doctor, MD and Associates, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __May 29, 2025__        **X** /s/   Trudell A. Doctor
                                                     Signature of individual signing on behalf of debtor

                                                     Trudell A. Doctor
                                                     Printed name

                                                     Manager
                                                     Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                         Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    Trudell Doctor, MD and Associates, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amur Equipment Finance, Inc. 304 W 3rd St, Grand Island, NE 68801 | | Potenial Liability for Equipment Finance | Contingent Unliquidated Disputed | | | $260,180.00 |
| Bank of America, N.A. 100 North Tryon Street Charlotte, NC 28255 | | Credit Card | | | | $3,045.00 |
| NEC Financial Services, Inc. 395 North Service Road Suite 407 Melville, NY 11747 | | Lawsuit | Disputed | | | $457,420.00 |
| North Mill Credit Trust 9 Executive Circle Suite 230 Irvine, CA 92614 | | Potential Liability for Lawsuit | Contingent Unliquidated Disputed | | | $297,180.00 |

**Fill in this information to identify the case:**

Debtor name    Trudell Doctor, MD and Associates, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $    0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $    540,710.12

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $    540,710.12

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    48,603.21

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................    $    0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$    1,017,825.00

4.    **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b    $    1,066,428.21

**Fill in this information to identify the case:**

Debtor name   Trudell Doctor, MD and Associates, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America, N.A. (Balance as of 5/29/2025) | Business Checking | 2631 | $220,799.79 |
| 3.2. | Bank of America, N.A. (Balance as of 5/29/2025) | Certificate of Deposit | 4152 | $47,013.20 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$267,812.99

**Part 2:       Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Security Deposit for leased premises located at 6080 Boynton Beach Blvd Suite 230 Boynton Beach, FL 33437. | $17,907.10 |
|---|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Trudell Doctor, MD and Associates, LLC _____    Case number *(If known)* _____
          Name

9.    **Total of Part 2.**                                                            $17,907.10

      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.    Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        202,743.53    -    0.00    = ....    $202,743.53
                          face amount            doubtful or uncollectible accounts

11a. 90 days old or less:        24,757.50    -    0.00    = ....    $24,757.50
                          face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                            $227,501.03

      Current value on lines 11a + 11b = line 12.    Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.    Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.    Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.    Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.    Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture**<br>Various Office Furniture (See Attached Inventory) | $0.00 | Comparable sale | $514.00 |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software**<br>Various Office Equipment, computers, and | $0.00 | Comparable sale | $975.00 |

Debtor    Trudell Doctor, MD and Associates, LLC _____    Case number *(If known)* _____
          Name

communication systems equipment and software
(See Attached Inventory) _____    _____    _____    _____

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                   | $1,489.00 |
       Add lines 39 through 42.   Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ☒ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>BTL Emsculpt NEO Other and Miscellaneous Medical Equipment (See Attached Inventory) | $57,331.20 | Comparable sale | $26,000.00 |

51.    **Total of Part 8.**                                                                   | $26,000.00 |
       Add lines 47 through 50.   Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ☒ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. Does the debtor own or lease any real property?

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Trudell Doctor, MD and Associates, LLC                    Case number *(If known)*  _____
          Name

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Trudell Doctor, MD and Associates, LLC                              Case number *(If known)*  _____
          Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $267,812.99 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $17,907.10 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $227,501.03 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,489.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $26,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $540,710.12 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $540,710.12 |

| Category | Item | | | Quanity | Inventory | | |
|---|---|---|---|---|---|---|---|
| Medical Equipment | Walker | | | | 3 | | |
| Medical Equipment | Examination tables | | | | 8 | | |
| Medical Equipment | Wheelchair | | | | 1 | | |
| Medical Equipment | Blood pressure monitors | | | | 3 | | |
| Medical Equipment | Stethoscopes | | | | 7 | | |
| Medical Equipment | Thermometers | | | | 2 | | |
| Medical Equipment | Otoscopes and ophthalmoscopes | | | | 8 | | |
| Medical Equipment | Pulse oximeters | | | | 4 | | |
| Medical Equipment | ECG machine | | | | 1 | | |
| Medical Equipment | Weight scale | | | | 2 | | |
| Medical Equipment | Glucometer & test strips | | | | 4 | | |
| Medical Equipment | Nebulizer machines | | | | 3 | | |
| Medical Equipment | Spirometer | | | | 1 | plus 50 tubes | |
| Medical Equipment | Emsella | certificateholder | | MMP Capital | 1t | Total:$160,240.00 | |
| Medical Equipment | Exion | certificateholder | | Amur | 1 | total:$260,180.00 | |
| Medical Equipment | Emface | certificate holder | | MMP Capital | 1t | total:$297,180.00 | |
| | | | | | | | |
| Medical Equipment | Minor surgical: | | suture removal kits | | 49 | | |
| | | | staple removal kits | | 5 | | |
| Medical Supplies | Gloves | size small | | 100 | 28 | | |
| | | size Med | | 100 | 13 | | |
| Medical Supplies | | | | | | | |
| Medical Supplies | Face masks | 25 pk | | | 3 boxes | | |
| Medical Supplies | Gowns and drapes | | case of 100 | | 2 of each | | |
| Medical Supplies | Alcohol swabs | | 200 per box | | 125 boxes | | |
| Medical Supplies | Gauze pads | | 200 per box | | 3 | | |
| Medical Supplies | Bandaid | | 50 pack | | 21 boxes | | |
| Medical Supplies | Bandages | | 4x5 | | 3 | | |
| | | | 2x4 (50) | | 1 box | | |
| Medical supplies | Ace bandage | | | | 7 | | |
| Medical Supplies | Gauze roll | | 4.5x4.1 | | 40 | | |
| | Gauze roll | sponge | 4x4 | | 116 | | |
| | Paper tape | | | | 48 | | |
| Medical Supplies | Syringes and needles | | 22 g | 100 | 54 boxes | | |
| " | " | | 21 g | 100 | 45 boxes | | |
| | Needle 1cc | | | 100 | 4 boxes | | |
| | Butterfly | | 21g | 90 | 11 boxes | | |
| | Butterfly | | 23g | 90 | 9 boxes | | |
| Medical Supplies | Tongue depressors | | | 500 | 3 boxes | | |
| Medical Supplies | Blood collection containers: | | | | | | |
| | 4.0 ml  (purple top) | | | 100 | 36 | | |
| | 2.7ml (Blue top) | | | 100 | 5 | | |
| | 6.0 (red) | | | 100 | 3 | | |
| | 8.5ml ( tiger top) | | | 100 | 19 | | |
| Medical Supplies | Sharps containers | | | | 120 | | |
| Medical Supplies | Biohazard bags | | | | 100 | | |
| Medical Supplies | Tourniquets | | | | 1000 | | |
| Medical Supplies | Lubricating jelly | | | | 19 tubes | | |
| Medical Supplies | Urea breath tests | | | | 52 | | |
| Medical Supplies | Suture kits | | | | 49 | | |
| Medical Supplies | Staple removers | | | | 5 | | |

| | | | | | |
|---|---|---|---|---|---|
| Medical Supplies | Stool kits | | | 20 | |
| Medical Supplies | Exam table paper | | | 24 | |
| Medical supplies | Vaginal speculum | sm | | 12 | |
| Medical supplies | " | Med | | 18 | |
| Medical supplies | " | x small | | 9 | |
| Medical supplies | Thin prep Pap test | | | 40 | |
| Medical supplies | Xeroform dressing 4x4 | | | 9 | |
| Medical supplies | Stool collection | | 10 | 4 boxes | |
| Medications Injectable | Injectable medications: | | | | |
| " | | B 12  30ml | | 3 | |
| " | | Kenalog 400mg | | 1 | |
| " | | Toradol 2ml | | 26 | |
| " | | Rocephin 1 gr | | 28 | |
| " | | Lidocaine 200mg 1% | | 16 | |
| " | | Kenelog 40mg | | 6 | |
| " | | Kenelog 80mg | | 1 | |
| Medications and Vaccines | Vaccines | | | | |
| " | | Hep B | | 1 | |
| " | | Prevnar 20 | | 7 | |
| " | | RSV | | 6 | |
| " | | T dap | | 5 | |
| " | | Shingrix | | 5 | |
| " | | PPD | | 1 | |
| Medical supplies | Saline solution | | | 6 | |
| Medical supplies | Alcohol 32oz | | | 7 | |
| " | Peroxide | 32 oz | | 3 | |
| Office supplies | Computers and monitors | | | 12 | |
| Office Supplies | Printers/scanners and ink | | | 8 | |
| Office Supplies | copy machine | | | 1 Canon image runner | |
| Office Supplies | Telephone system | | | 12 OOMA phones | |
| Office Supplies | Copy paper | | | 12 reams | |
| Office Supplies | File folders and labels | | 100 | 1 box | |
| Office Supplies | Clipboards | | | 20 | |
| Office Supplies | Office chairs employees | | | 12 | |
| Office Supplies | Office furniture | | | 5 desks | |
| Office supplies | Step stool | | | 1 | |
| Administrative & Billing Supplies | Patient intake forms | | | 25 Packs | |
| Administrative & Billing Supplies | Business cards | | | 250 | |
| Administrative & Billing Supplies | Prescription pads | | | 10 | |
| Cleaning & Sanitation Supplies | Disinfectant sprays and wipes | | | 20 packs | |
| Cleaning & Sanitation Supplies | Hand sanitizer | bottles | | 15 | |
| Cleaning & Sanitation Supplies | Paper towels | | | 24 | |
| Cleaning & Sanitation Supplies | Toilet paper | | | 24 | |
| Cleaning & Sanitation Supplies | Trash bags | 6-10 gal | 1000 | 1 box | |
| "        " | "     " | 13 gal | 1000 | 1 box | |
| Cleaning & Sanitation Supplies | Soap | 50oz | | 1 | |
| Cleaning & Sanitation Supplies | Mop, broom, and bucket | | | 1 | |
| Cleaning & Sanitation Supplies | Air purifier | | | 5 | |
| Cleaning & Sanitation Supplies | Air fresheners | | | 1 | |
| Waiting Room & Comfort Items | Chairs | for | patients | 21 | |
| Waiting Room & Exam room | Stools | for | providers | 9 | |
| Waiting Room & Comfort Items | Brochure holder | | | 1 large | |

| | | | | | |
|---|---|---|---|---|---|
| Waiting Room & Comfort Items | Water dispenser | | | n/a | |
| Waiting Room & Comfort Items | Tissues | Boxes | | 14 | |
| KITCHEN | coffee maker | | | 1 Kurig | |
| KITCHEN | Refrigerator | | | 1 | |
| KITCHEN | Microwave | | | 1 | |
| KITCHEN | Toaster | | | 1 | |
| KITCHEN | Tea pot | | | 1 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Fill in this information to identify the case:**

Debtor name _Trudell Doctor, MD and Associates, LLC_

United States Bankruptcy Court for the: _SOUTHERN DISTRICT OF FLORIDA_

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Dext Capital, LLC<br><br>Creditor's Name | Describe debtor's property that is subject to a lien | $48,318.21 | $540,710.12 |

**2.1** Dext Capital, LLC
Creditor's Name

19 Engineers Lane
Farmingdale, NY 11735
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
May 3, 2023
**Last 4 digits of account number**
7001

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Describe the lien**
Equipment Agreement and UCC on assets of the Debtor
**Is the creditor an insider or related party?**
☐ No
☒ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Amount of claim: $48,318.21
Value of collateral: $540,710.12

---

**2.2** McKesson Corporation
Creditor's Name
for itself and As Collateral Agent
for Each of Its AF
6651 Gate Parkway
Jacksonville, FL 32256
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
August 31, 2022
**Last 4 digits of account number**
4056

Describe debtor's property that is subject to a lien

**Describe the lien**
UCC on all assets of the Debtor
**Is the creditor an insider or related party?**
☐ No
☒ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: $285.00
Value of collateral: $540,710.12

Debtor    Trudell Doctor, MD and Associates, LLC          Case number (if known) _____
          Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☒ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated |
| | ☒ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      $48,603.21

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| CT Corporation System, As Representative<br>Attn: SPRS<br>330 N Brand Blvd, Suite 700<br>Glendale, CA 91203 | Line  2.1 | 3583 |
| Dext Capital, LLC<br>4000 Kruse Way Place, Building 3 Suite 100<br>Lake Oswego, OR 97035 | Line  2.1 | |
| Dext Capital, LLC<br>P.O. Box 74007351<br>Chicago, IL 60674 | Line  2.1 | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name      Trudell Doctor, MD and Associates, LLC

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address<br>Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>Notice Purposes Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>Notice Purposes Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address<br>Palm Beach County Tax Collector<br>Attn: Honorable Anne M. Gannon, CFC<br>P.O. Box 3715<br>West Palm Beach, FL 33402 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>Notice Purposes Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Trudell Doctor, MD and Associates, LLC _____    Case number (*if known*) _____
         Name

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $260,180.00 |
|---|---|---|---|

Amur Equipment Finance, Inc.
304 W 3rd St,
Grand Island, NE 68801

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  May 22, 2023

**Basis for the claim:**  Potenial Liability for Equipment Finance

**Last 4 digits of account number**  3430

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,045.00 |
|---|---|---|---|

Bank of America, N.A.
100 North Tyron Street
Charlotte, NC 28255

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2025

**Basis for the claim:**  Credit Card

**Last 4 digits of account number**  6422

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $457,420.00 |
|---|---|---|---|

NEC Financial Services, Inc.
395 North Service Road
Suite 407

Melville, NY 11747

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred**  September 13, 2023

**Basis for the claim:**  Lawsuit

**Last 4 digits of account number**  _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $297,180.00 |
|---|---|---|---|

North Mill Credit Trust
9 Executive Circle Suite 230
Irvine, CA 92614

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred**  May 16, 2023

**Basis for the claim:**  Potential Liability for Lawsuit

**Last 4 digits of account number**  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Emanuel and Zwiebel, PLLC<br>7900 Peters Road Building B<br>Suite 100<br>Fort Lauderdale, FL 33324 | Line  3.4<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Florida Department of Revenue<br>Bankruptcy Section<br>P.O. Box 6668<br>Tallahassee, FL 32314 | Line  2.1<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Mitrani, Rynor, Adamsky & Toland, P.A.<br> 301 Arthur Godfrey Road, PH<br><br>Miami Beach, FL 33140 | Line  3.3<br>☐ Not listed. Explain ____ | _ |
| 4.4 | MMP Capital, LLC<br>19 Engineers Ln<br>Farmingdale, NY 11735 | Line  3.3<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com         

| Debtor | Trudell Doctor, MD and Associates, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.5 | NEC Financial, LLC<br>250 Pehle Ave STE 203<br>Saddle Brook, NJ 07663 | Line  3.3<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,017,825.00 |
| **5c. Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | 5c. | $ | 1,017,825.00 |

**Fill in this information to identify the case:**

Debtor name ___Trudell Doctor, MD and Associates, LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement to lease premises located at 6080 Boynton Beach Blvd Suite #230 Boynton Beach, FL 33437 | |
| | State the term remaining | Term commenced on August 1, 2022, and is for 84 Months | DCA at EL Clair LLC Shullman Management Group c/o Steven J. Shullman 15340 Jog Road, Suite 215 Delray Beach, FL 33446 |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name ___Trudell Doctor, MD and Associates, LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Trudell Doctor | 11177 Harbour Springs Circle<br>Boca Raton, FL 33428 | North Mill Credit Trust | ☐ D _____<br>☒ E/F ___3.4___<br>☐ G _____ |
| 2.2 | Trudell Doctor | 11177 Harbour Springs Circle<br>Boca Raton, FL 33428 | NEC Financial Services, Inc. | ☐ D _____<br>☒ E/F ___3.3___<br>☐ G _____ |
| 2.3 | Trudell Doctor | 11177 Harbour Springs Circle<br>Boca Raton, FL 33428 | Amur Equipment Finance, Inc. | ☐ D _____<br>☒ E/F ___3.1___<br>☐ G _____ |
| 2.4 | TrudellDoctorMDL LC | 6080 Boynton Beach Blvd STE 230<br>Boynton Beach, FL 33437 | North Mill Credit Trust | ☐ D _____<br>☒ E/F ___3.4___<br>☐ G _____ |
| 2.5 | TrudellDoctorMDL LC | 6080 Boynton Beach Blvd STE 230<br>Boynton Beach, FL 33437 | NEC Financial Services, Inc. | ☐ D _____<br>☒ E/F ___3.3___<br>☐ G _____ |
| 2.6 | TrudellDoctorMDL LC | 6080 Boynton Beach Blvd STE 230<br>Boynton Beach, FL 33437 | Amur Equipment Finance, Inc. | ☐ D _____<br>☒ E/F ___3.1___<br>☐ G _____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Trudell Doctor, MD and Associates, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $763,413.96 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other _____ | $2,014,479.36 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $1,435,507.84 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    Trudell Doctor, MD and Associates, LLC _____    Case number *(if known)* _____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | American Express<br>200 Vesey Street<br>New York, NY 10285 | February 18, 2025 | $8,771.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Credit Card |
| 3.2. | American Express<br>200 Vesey Street<br>New York, NY 10285 | February 18, 2025 | $1,042.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Credit Card |
| 3.3. | American Express<br>200 Vesey Street<br>New York, NY 10285 | February 18, 2025 | $958.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Credit Card |
| 3.4. | DCA at EL Clair LLC<br>Shullman Management Group<br>c/o Steven J. Shullman<br>15340 Jog Road, Suite 215<br>Delray Beach, FL 33446 | February 27, 2025 | $11,624.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Reny Payment |
| 3.5. | American Express<br>200 Vesey Street<br>New York, NY 10285 | March 18, 2025 | $5,861.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Credit Card Payment |
| 3.6. | American Express<br>200 Vesey Street<br>New York, NY 10285 | March 18, 2025 | $367.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Credit Card |
| 3.7. | American Express<br>200 Vesey Street<br>New York, NY 10285 | March 18, 2025 | $351.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Credit Card |
| 3.8. | Athena Health<br>Boston Landing 80 Guest Street<br>Brighton, MA 02135 | March 20, 2025 | $7,586.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other ___ |
| 3.9. | DCA at EL Clair LLC<br>Shullman Management Group<br>c/o Steven J. Shullman<br>15340 Jog Road, Suite 215<br>Delray Beach, FL 33446 | April 1, 2025 | $11,624.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Rent Payment |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Trudell Doctor, MD and Associates, LLC _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10. American Express<br>200 Vesey Street<br>New York, NY 10285 | April 17, 2025 | $6,163.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Credit Card |
| 3.11. American Express<br>200 Vesey Street<br>New York, NY 10285 | April 17, 2025 | $1,583.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Credit Card |
| 3.12. American Express<br>200 Vesey Street<br>New York, NY 10285 | April 17, 2025 | $662.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Credit Card |
| 3.13. Athena Health<br>Boston Landing 80 Guest Street<br>Brighton, MA 02135 | April 22, 2025 | $8,746.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Dext Capital<br>19 Engineers Lane<br>Farmingdale, NY 11735 | BTL Emsculpt Neo | January 21, 2025 | Unknown |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Trudell Doctor, MD and Associates, LLC                                    Case number *(if known)*

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | North Mill Equipment Finance, LLC vs. TrudellDoctorMD LLC<br>2025-CA-003543 | Civil | 15th Judicial Circuit Court<br>205 N Dixie<br>West Palm Beach, FL 33401 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | NEC Financial Services, Inc. vs. TrudellDoctorMDLLC<br>2025-CA-003176 | Breach of Contract | 15th Judicial Circuit Court<br>205 N Dixie<br>West Palm Beach, FL 33401 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    Trudell Doctor, MD and Associates, LLC                          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Furr and Cohen, P.A.<br>2255 Glades Road, Suite 419A<br>Boca Raton, FL 33431 | Attorney's Fees and Costs | April 16, 2025 | $25,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Nason Yeager Business Law Firm<br>750 Park of Commerce Blvd<br>Suite 210<br>Boca Raton, FL 33487 | | March 21, 2025 - April 17, 2025 | $9,332.50 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☐ No. Go to Part 9.
   ☒ Yes. Fill in the information below.

Debtor    Trudell Doctor, MD and Associates, LLC _____     Case number *(if known)* _____

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Trudell Doctor MD and Associates, LLC 6080 Boynton Beach Blvd STE 230 Boynton Beach, FL 33437 | Primary Care | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. Records maintained electronically at facility | **How are records kept?** *Check all that apply:* ☒ Electronically ☐ Paper |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

   Medical information, birthdates, addresses, and social security numbers.

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☒ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ☒ Yes. Fill in below:
   Name of plan
   Trudell Doctor MD & Associates 401(k) _____     EIN:  88-2496442 _____

   Employer identification number of the plan

   Has the plan been terminated?
   ☐ No
   ☒ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Trudell Doctor, MD and Associates, LLC    Case number *(if known)*

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor   Trudell Doctor, MD and Associates, LLC _____    Case number *(if known)* _____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Accounting Specialty Group, LLC<br>2424 N Federal Hwy, Suite 411<br><br>Boca Raton, FL 33431 | May 2, 2022 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   Accounting Specialty Group, LLC<br>2424 N Federal Hwy, Suite 411<br><br>Boca Raton, FL 33431 | May 25, 2022 - Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Accounting Specialty Group, LLC<br>2424 N Federal Hwy, Suite 411<br><br>Boca Raton, FL 33431 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Trudell Doctor | 11177 Harbour Springs Circle<br>Boca Raton, FL 33428 | Manager | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

| Debtor | Trudell Doctor, MD and Associates, LLC | Case number *(if known)* | |

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Trudell Doctor<br>11177 Harbour Springs Circle<br>Boca Raton, FL 33428 | $24,317.69 | | Wages |
| | **Relationship to debtor**<br>Principal of the Debtor | | | |
| 30.2. | Trudell Doctor<br>11177 Harbour Springs Circle<br>Boca Raton, FL 33428 | $31,409.00 | | Various Distributions |
| | **Relationship to debtor**<br>Principal of the Debtor | | | |
| 30.3. | Trudell Doctor<br>11177 Harbour Springs Circle<br>Boca Raton, FL 33428 | $19,387.93 | March 19, 2025 | Distribution |
| | **Relationship to debtor**<br>Principal of the Debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☒ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Trudell Doctor MD & Associates Plan Number: 069831 | **EIN:**    88-2496442 |

Debtor    Trudell Doctor, MD and Associates, LLC _____    Case number *(if known)* _____

**Part 14:**    Signature and Declaration

        **WARNING** -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

        I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ May 29, 2025 _____

/s/   Trudell A. Doctor _____          Trudell A. Doctor _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   Manager _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Florida

In re    Trudell Doctor, MD and Associates, LLC        Case No. _____

                                  Debtor(s)       Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Trudell Doctor<br>11177 Harbour Springs Circle<br>Boca Raton, FL 33428 | | 100% | Manager |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    May 29, 2025                    Signature   /s/  Trudell A. Doctor

                                                         Trudell A. Doctor

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re  <u>Trudell Doctor, MD and Associates, LLC</u>                          Case No. <u>                          </u>

                                             Debtor(s)                       Chapter <u>  11                     </u>

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  <u>May 29, 2025                </u>           <u>/s/  Trudell A. Doctor                                    </u>

                                                      Trudell A. Doctor/Manager
                                                      Signer/Title

Amur Equipment Finance, Inc.
304 W 3rd St,
Grand Island, NE 68801


Bank of America, N.A.
100 North Tyron Street
Charlotte, NC 28255


CT Corporation System, As Representative
Attn: SPRS
330 N Brand Blvd, Suite 700
Glendale, CA 91203


DCA at EL Clair LLC
Shullman Management Group
c/o Steven J. Shullman 15340 Jog Road, S
Delray Beach, FL 33446


Dext Capital, LLC
19 Engineers Lane
Farmingdale, NY 11735


Dext Capital, LLC
4000 Kruse Way Place, Building 3 Suite 1
Lake Oswego, OR 97035


Dext Capital, LLC
P.O. Box 74007351
Chicago, IL 60674


Emanuel and Zwiebel, PLLC
7900 Peters Road Building B
Suite 100
Fort Lauderdale, FL 33324


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399


Florida Department of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


McKesson Corporation
for itself and As Collateral Agent
for Each of Its AF 6651 Gate Parkway
Jacksonville, FL 32256


Mitrani, Rynor, Adamsky & Toland, P.A.
301 Arthur Godfrey Road, PH
Miami Beach, FL 33140

MMP Capital, LLC
19 Engineers Ln
Farmingdale, NY 11735


NEC Financial Services, Inc.
395 North Service Road
Suite 407
Melville, NY 11747


NEC Financial, LLC
250 Pehle Ave STE 203
Saddle Brook, NJ 07663


North Mill Credit Trust
9 Executive Circle Suite 230
Irvine, CA 92614


Palm Beach County Tax Collector
Attn: Honorable Anne M. Gannon, CFC
P.O. Box 3715
West Palm Beach, FL 33402


Trudell Doctor
11177 Harbour Springs Circle
Boca Raton, FL 33428


TrudellDoctorMDLLC
6080 Boynton Beach Blvd STE 230
Boynton Beach, FL 33437